UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

MAYBERRY STREET CHURCH OF CHRIST, )
)
)
Plaintiff, )
)
v. ) No. 4:25-cv-21-CEA-MJD
)
STATE FARM FIRE AND CASUALTY COMPANY, )
)
)
Defendant. )

## **ORDER**

Before the Court is a motion for substitution of counsel [Doc. 15], filed by Plaintiff Mayberry Street Church of Christ. The motion reads, in pertinent part: "Comes Now Plaintiff, Mayberry Street Church of Christ hereby filing this *Motion for Substitution* substituting as counsel of record Sean R. Aiello and the Law Firm of Schell & Oglesby for Bart Denham consistent with the requirements of Local Rule 83.4g." [Doc. 15]. It is unclear to the Court which attorney intends to remain as counsel of record in this case. The wording suggests Mr. Aiello will replace Mr. Denham; however, Mr. Aiello signed the complaint [Doc. 1-1] and it appears he has otherwise acted as counsel for Plaintiff since this case was filed. Accordingly, the motion [Doc. 15] is **DENIED**.

Nevertheless, because Plaintiff now has two attorneys of record, the attorney seeking to withdraw may file a notice of withdrawal pursuant to Local Rule 83.4(f) ("Where a party is represented by multiple counsel of record, an attorney may withdraw, provided the party is still

being represented by another attorney of record, upon the filing of a notice of withdrawal.")[1]. In other words, the withdrawing attorney need not file an additional motion to withdraw from this case and be terminated as counsel of record.

SO ORDERED.

ENTER:

/s/ _____
MIKE DUMITRU
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court's Local Rules are available at:
https://www.tned.uscourts.gov/sites/tned/files/localrules.pdf.

2